No. _____

CR - 08   00455 RMW

# UNITED STATES DISTRICT COURT

FILED

E-FILING

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

## THE UNITED STATES OF AMERICA

*vs.*

* SEE ATTACHMENT *

# INDICTMENT

* SEE ATTACHMENT *

*A true bill.*

_____
*Foreperson*

**Filed in open court this** ___9___ **day of** ___July___

**A.D. 2008**

_____
*UNITED STATES MAGISTRATE JUDGE*

**Bail. $** ___No Process for defendants Esquivel, Alvarez-
Castaneda or Alfredado-Venduzco
- No Bail Warrant for defendant Adan Medina-
Mendoza



JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

2008 JUL -9 P 3: 11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**RMW**

**CR-08   00455   RS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No.: |
| Plaintiff, | ) |
| | ) |
| v. | ) VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and |
| | ) (b)(1)(C) - Distribution of Cocaine (Two |
| | ) Counts); 21 U.S.C. § 841(a)(1) and |
| PABLO CESAR ESQUIVEL, | ) (b)(1)(B)(ii) - Possession with Intent to |
| ADAN MEDINA-MENDOZA, | ) Distribute Cocaine (One Count); 18 U.S.C. |
| a/k/a Daniel Antonio Duenas, | ) § 2 - Aiding and Abetting; 21 U.S.C. § 846 - |
| MIGUEL ALVAREZ-CASTENEDA, and | ) Conspiracy to Possess with Intent to |
| URIAL ARREDONDO-VERDUZCO, | ) Distribute Cocaine; 8 U.S.C. § 1326(a) |
| a/k/a Roberto Matos, | ) (Three Counts); 8 U.S.C. §§ 1326(a) and (b) |
| | ) (One Count). |
| Defendants. | ) |
| | ) SAN JOSE VENUE |

<u>I N D I C T M E N T</u>

The Grand Jury charges:

<u>COUNT ONE</u>:          (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Cocaine)

On or about May 6, 2008, in the Northern District of California, the defendant,

PABLO CESAR ESQUIVEL,

did knowingly and intentionally distribute a mixture and substance containing a detectable

amount of cocaine, a schedule II controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(C).

//

INDICTMENT

1    COUNT TWO:        (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Cocaine; 18
                       U.S.C. § 2 – Aiding and Abetting)
2

3        On or about May 15, 2008, in the Northern District of California, the defendants,

4                            PABLO CESAR ESQUIVEL, and
                             ADAN MEDINA-MENDOZA,
5                            a/k/a Daniel Antonio Duenas,

6    did knowingly and intentionally distribute a mixture and substance containing a detectable

7    amount of cocaine, a schedule II controlled substance, and did aid and abet in the same, in

8    violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United

9    States Code, Section 2.

10

11   COUNT THREE:      (21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) - Possession with Intent to
                       Distribute Cocaine; 18 U.S.C. § 2 – Aiding and Abetting)
12

13       On or about June 3, 2008, in the Northern District of California, the defendants,

14                           PABLO CESAR ESQUIVEL,
                             MIGUEL ALVAREZ-CASTENEDA, and
15                           URIAL ARREDONDO-VERDUZCO,
                             a/k/a Roberto Matos

16   did knowingly and intentionally possess with the intent to distribute 500 grams or more of a

17   mixture and substance containing a detectable amount of cocaine, a schedule II controlled

18   substance, and did aid and abet in the same, in violation of Title 21, United States Code, Sections

19   841(a)(1) and (b)(1)(B)(ii), and Title 18 U.S.C. § 2.

20

21   COUNT FOUR:       (21 U.S.C. § 864 - Conspiracy to Possess with Intent to Distribute
                       Cocaine)
22

23       Beginning on or about May 6, 2008, and continuing until June 3, 2008, the defendants,

24                           PABLO CESAR ESQUIVEL,
                             ADAN MEDINA-MENDOZA,
25                           a/k/a Daniel Antonio Duenas
                             MIGUEL ALVAREZ-CASTENEDA, and
26                           URIAL ARREDONDO-VERDUZCO,
                             a/k/a Roberto Matos

27   did knowingly and intentionally conspire to possess with the intent to distribute 500 grams or

28   more of a mixture and substance containing a detectable amount of cocaine, a schedule II

INDICTMENT

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii).

<u>COUNT FIVE</u>:    (8 U.S.C. § 1326(a) - Deported Alien Found in the United States)

On or about May 31, 1998, and June 7, 1998, the defendant,

PABLO CESAR ESQUIVEL,

an alien, was removed, excluded, and deported from the United States. After June 7, 1998, the defendant, PABLO CESAR ESQUIVEL, knowingly and voluntarily reentered and remained in the United States. On or about June 5, 2008, in the Northern District of California, the defendant, PABLO CESAR ESQUIVEL, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

<u>COUNT SIX</u>:    (8 U.S.C. § 1326(a) - Deported Alien Found in the United States)

On or about January 4, 2005, the defendant,

ADAN MEDINA-MENDOZA,
a/k/a Daniel Antonio Duenas,

an alien, was removed, excluded, and deported from the United States. After ~~February~~ January 4, 2005, the defendant, ADAN MEDINA-MENDOZA, knowingly and voluntarily reentered and remained in the United States. On or about June 5, 2008, in the Northern District of California, the defendant, ADAN MEDINA-MENDOZA, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_//_

//

//

INDICTMENT

1  COUNT SEVEN:    (8 U.S.C. § 1326(a) - Deported Alien Found in the United States)

2  On or about September 10, 2002, and January 31, 2007, the defendant,

3                        MIGUEL ALVAREZ-CASTENEDA,

4  an alien, was removed, excluded, and deported from the United States.  After January 31, 2007,

5  the defendant, MIGUEL ALVAREZ-CASTENEDA, knowingly and voluntarily reentered and

6  remained in the United States.  On or about June 5, 2008, in the Northern District of California,

7  the defendant, MIGUEL ALVAREZ-CASTENEDA, was found in the United States without

8  having obtained the express consent of the Attorney General or the Secretary of the Department

9  of Homeland Security to reapply for admission into the United States, in violation of Title 8,

10  United States Code, Section 1326(a).

11

12  COUNT EIGHT:    (8 U.S.C. § 1326(a) and (b) - Deported Alien Found in the United States)

13          On or about April 19, 1983, December 31, 1985, March 13, 1997, and February 17, 1999,

14  the defendant,

15                        URIAL ARREDONDO-VERDUZCO,
                             a/k/a Roberto Matos,

16

17  an alien, was removed, excluded, and deported from the United States.  After February 17, 1999,

18  the defendant, URIAL ARREDONDO-VERDUZCO, knowingly and voluntarily reentered and

19  remained in the United States.  On or about June 5, 2008, in the Northern District of California,

20  the defendant, URIAL ARREDONDO-VERDUZCO, was found in the United States without

21  having obtained the express consent of the Attorney General or the Secretary of the Department

22  //

23  //

24  //

25  //

26  //

27  //

28  //

INDICTMENT

1    of Homeland Security to reapply for admission into the United States, in violation of Title 8,

2    United States Code, Sections 1326(a) and (b).

3

4    DATED:       July 9, 2008                    A TRUE BILL.

5

6

7                                        FOREPERSON

8

9    JOSEPH P. RUSSONIELLO
     United States Attorney
10

11

12
     MATTHEW A. PARRELLA
13   Chief, San Jose Branch

14

15

16   (Approved as to form:
                       AUSA DANIEL R. KALEBA

17

18

19

20

21

22

23

24

25

26

27

28

     INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

### OFFENSE CHARGED

COUNTS:
(SEE ATTACHMENT)

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

E-FILING

PENALTY:
(SEE ATTACHMENT)

DEFENDANT - U.S.

2008 JUL -9 P 3: 11

PABLO CESAR ESQUIVEL

RICHARD W. WIEKING
DISTRICT COURT NUMBER
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CR-08 00455 RMW

RS

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
S/A Anthony J. Herrera - D.E.A.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

CR 08-70325 RS

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) DANIEL KALEBA

### DEFENDANT

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed
Month/Day/Year

DATE OF ARREST

Or... if Arresting Agency & Warrant were not
Month/Day/Year

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES

v.

**PABLO CESAR ESQUIVEL,**
**ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas,**
**MIGUEL ALVAREZ-CASTENEDA, and**
**URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos,**

<u>COUNT ONE</u>: Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) – Distribution of Cocaine.

|  |  |
|---|---|
| Penalties: | 20 years imprisonment;<br>$1,000,000 fine;<br>Three years supervised release;<br>$100 special assessment. |

*<u>If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED</u>:*

|  |  |
|---|---|
| Penalties: | 30 years imprisonment;<br>$2,000,000 fine;<br>Mandatory minimum 6-year term supervised release;<br>$100 special assessment. |

DEFENDANT:    PABLO CESAR ESQUIVEL.

<u>COUNT TWO</u>:  Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) – Distribution of Cocaine; 18 U.S.C. § 2 – Aiding and Abetting.

|  |  |
|---|---|
| Penalties: | 20 years imprisonment;<br>$1,000,000 fine;<br>Three years supervised release;<br>$100 special assessment. |

*<u>If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED</u>:*

|  |  |
|---|---|
| Penalties: | 30 years imprisonment;<br>$2,000,000 fine;<br>Mandatory minimum 6-year term supervised release;<br>$100 special assessment. |

DEFENDANTS:  PABLO CESAR ESQUIVEL, and ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas.

COUNTS THREE: Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii) - Possession with Intent to Distribute Cocaine; 18 U.S.C. § 2 – Aiding and Abetting.

Penalties:      40 years imprisonment;
                $2,000,000 fine;
                Lifetime term supervised release;
                $ 100 special assessment.

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

Penalties:      40 years imprisonment;
                $2,000,000 fine;
                Maximum lifetime term supervised release;
                Mandatory minimum 4-year term supervised release;
                $ 100 special assessment.

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

Penalties:      Maximum lifetime imprisonment;
                Mandatory minimum 10 years;
                Maximum $4,000,000 fine;
                Maximum lifetime term supervised release;
                Mandatory minimum 8-year term supervised release;
                $ 100 special assessment.

DEFENDANTS:  PABLO CESAR ESQUIVEL, MIGUEL ALVAREZ-CASTENEDA, and URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos.

COUNT FOUR: Title 21, United States Code. Section 864 - Conspiracy to Possess with Intent to Distribute Cocaine.

Penalties:      40 years imprisonment;
                $2,000,000 fine;
                Lifetime term supervised release;
                $ 100 special assessment.

DEFENDANTS:  PABLO CESAR ESQUIVEL, ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas, MIGUEL ALVAREZ-CASTENEDA, and URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos.

**COUNT FIVE**: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

> Penalties:     20 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

   DEFENDANT:  PABLO CESAR ESQUIVEL.

**COUNT SIX**: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

> Penalties:     20 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

   DEFENDANT: ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas.

**COUNT SEVEN**: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

> Penalties:     20 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

   DEFENDANT: MIGUEL ALVAREZ-CASTENEDA.

**COUNT EIGHT**: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

> Penalties:     20 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

   DEFENDANT: URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

─── OFFENSE CHARGED ───

COUNTS:
(SEE ATTACHMENT)

☐ Petty
☐ Minor
☐ Misde-
    meanor
☑ Felony

*E-FILING*

PENALTY:
(SEE ATTACHMENT)

─── DEFENDANT - U.S. ───

2008 JUL -9 P 3:12

ADAN MEDINA-MENDOZA, a/k/a Daniel Anto...

RICHARD W. WIEKING
DISTRICT COURT NUMBER
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

RMW

# CR - 08   00455

RS

─── PROCEEDING ───

Name of Complainant Agency, or Person (&Title, if any)
S/A Anthony J. Herrera - D.E.A.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

CR 08-70325 RS

Name and Office of Person
Furnishing Information on
THIS FORM        JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    DANIEL KALEBA

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
    If not detained give date any prior summons
    was served on above charges  ➤

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

    Northern District of California

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges     } ☑ Fed'l  ☐ State

    If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    If "Yes"
been filed?     ☐ No     give date
                          filed
                          Month/Day/Year

**DATE OF ARREST** ➤

Or... if Arresting Agency & Warrant were not    Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ➤

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES

v.

**PABLO CESAR ESQUIVEL,**
**ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas,**
**MIGUEL ALVAREZ-CASTENEDA, and**
**URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos,**

**COUNT ONE:** Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) – Distribution of Cocaine.

| | |
|---|---|
| Penalties: | 20 years imprisonment; |
| | $1,000,000 fine; |
| | Three years supervised release; |
| | $100 special assessment. |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Penalties: | 30 years imprisonment; |
| | $2,000,000 fine; |
| | Mandatory minimum 6-year term supervised release; |
| | $100 special assessment. |

**DEFENDANT:**    **PABLO CESAR ESQUIVEL.**

**COUNT TWO:** Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) – Distribution of Cocaine; 18 U.S.C. § 2 – Aiding and Abetting.

| | |
|---|---|
| Penalties: | 20 years imprisonment; |
| | $1,000,000 fine; |
| | Three years supervised release; |
| | $100 special assessment. |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Penalties: | 30 years imprisonment; |
| | $2,000,000 fine; |
| | Mandatory minimum 6-year term supervised release; |
| | $100 special assessment. |

DEFENDANTS: PABLO CESAR ESQUIVEL, and ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas.

COUNTS THREE: Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii) - Possession with Intent to Distribute Cocaine; 18 U.S.C. § 2 – Aiding and Abetting.

|  |  |
|---|---|
| Penalties: | 40 years imprisonment; |
|  | $2,000,000 fine; |
|  | Lifetime term supervised release; |
|  | $ 100 special assessment. |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

|  |  |
|---|---|
| Penalties: | 40 years imprisonment; |
|  | $2,000,000 fine; |
|  | Maximum lifetime term supervised release; |
|  | Mandatory minimum 4-year term supervised release; |
|  | $ 100 special assessment. |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

|  |  |
|---|---|
| Penalties: | Maximum lifetime imprisonment; |
|  | Mandatory minimum 10 years; |
|  | Maximum $4,000,000 fine; |
|  | Maximum lifetime term supervised release; |
|  | Mandatory minimum 8-year term supervised release; |
|  | $ 100 special assessment. |

DEFENDANTS: PABLO CESAR ESQUIVEL, MIGUEL ALVAREZ-CASTENEDA, and URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos.

COUNT FOUR: Title 21, United States Code. Section 864 - Conspiracy to Possess with Intent to Distribute Cocaine.

|  |  |
|---|---|
| Penalties: | 40 years imprisonment; |
|  | $2,000,000 fine; |
|  | Lifetime term supervised release; |
|  | $ 100 special assessment. |

DEFENDANTS: PABLO CESAR ESQUIVEL, ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas, MIGUEL ALVAREZ-CASTENEDA, and URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos.

**COUNT FIVE**: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

<table>
<tr><td>Penalties:</td><td>20 years imprisonment;<br>$250,000 fine (or twice the gross gain or gross loss);<br>Three years supervised release;<br>$100 special assessment.</td></tr>
</table>

DEFENDANT:  PABLO CESAR ESQUIVEL.

**COUNT SIX**: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

<table>
<tr><td>Penalties:</td><td>20 years imprisonment;<br>$250,000 fine (or twice the gross gain or gross loss);<br>Three years supervised release;<br>$100 special assessment.</td></tr>
</table>

DEFENDANT: ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas.

**COUNT SEVEN**: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

<table>
<tr><td>Penalties:</td><td>20 years imprisonment;<br>$250,000 fine (or twice the gross gain or gross loss);<br>Three years supervised release;<br>$100 special assessment.</td></tr>
</table>

DEFENDANT: MIGUEL ALVAREZ-CASTENEDA.

**COUNT EIGHT**: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

<table>
<tr><td>Penalties:</td><td>20 years imprisonment;<br>$250,000 fine (or twice the gross gain or gross loss);<br>Three years supervised release;<br>$100 special assessment.</td></tr>
</table>

DEFENDANT: URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

### ── OFFENSE CHARGED ──

COUNTS:
(SEE ATTACHMENT)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
(SEE ATTACHMENT)

### ── DEFENDANT - U.S. ──

2008 JUL -9 P 3: 11

MIGUEL ALVAREZ-CASTENEDA

DISTRICT COURT NUMBER

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

RMW

CR-08 00455 RS

### ── PROCEEDING ──

Name of Complaintant Agency, or Person (&Title, if any)
S/A Anthony J. Herrera - D.E.A.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

CR 08-70325 RS

Name and Office of Person
Furnishing Information on
THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    DANIEL KALEBA

### ── DEFENDANT ──

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed _____

Month/Day/Year

**DATE OF ARREST** _____

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** _____

☐ This report amends AO 257 previously submitted

### ── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES

v.

PABLO CESAR ESQUIVEL,
ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas,
MIGUEL ALVAREZ-CASTENEDA, and
URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos,


COUNT ONE: Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) – Distribution of Cocaine.

        Penalties:      20 years imprisonment;
                          $1,000,000 fine;
                          Three years supervised release;
                          $100 special assessment.

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

        Penalties:      30 years imprisonment;
                          $2,000,000 fine;
                          Mandatory minimum 6-year term supervised release;
                          $100 special assessment.

        DEFENDANT:      PABLO CESAR ESQUIVEL.

COUNT TWO: Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) – Distribution of Cocaine; 18 U.S.C. § 2 – Aiding and Abetting.

        Penalties:      20 years imprisonment;
                          $1,000,000 fine;
                          Three years supervised release;
                          $100 special assessment.

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

        Penalties:      30 years imprisonment;
                          $2,000,000 fine;
                          Mandatory minimum 6-year term supervised release;
                          $100 special assessment.

3

DEFENDANTS:  PABLO CESAR ESQUIVEL, and ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas.

COUNTS THREE: Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii) - Possession with Intent to Distribute Cocaine; 18 U.S.C. § 2 – Aiding and Abetting.

|   | |
|---|---|
| Penalties: | 40 years imprisonment; |
|   | $2,000,000 fine; |
|   | Lifetime term supervised release; |
|   | $ 100 special assessment. |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

|   | |
|---|---|
| Penalties: | 40 years imprisonment; |
|   | $2,000,000 fine; |
|   | Maximum lifetime term supervised release; |
|   | Mandatory minimum 4-year term supervised release; |
|   | $ 100 special assessment. |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

|   | |
|---|---|
| Penalties: | Maximum lifetime imprisonment; |
|   | Mandatory minimum 10 years; |
|   | Maximum $4,000,000 fine; |
|   | Maximum lifetime term supervised release; |
|   | Mandatory minimum 8-year term supervised release; |
|   | $ 100 special assessment. |

DEFENDANTS:  PABLO CESAR ESQUIVEL, MIGUEL ALVAREZ-CASTENEDA, and URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos.

COUNT FOUR: Title 21, United States Code. Section 864 - Conspiracy to Possess with Intent to Distribute Cocaine.

|   | |
|---|---|
| Penalties: | 40 years imprisonment; |
|   | $2,000,000 fine; |
|   | Lifetime term supervised release; |
|   | $ 100 special assessment. |

DEFENDANTS:  PABLO CESAR ESQUIVEL, ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas, MIGUEL ALVAREZ-CASTENEDA, and URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos.

COUNT FIVE: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

<div style="margin-left:2em">

Penalties:      20 years imprisonment;
                $250,000 fine (or twice the gross gain or gross loss);
                Three years supervised release;
                $100 special assessment.

</div>

DEFENDANT:  PABLO CESAR ESQUIVEL.

COUNT SIX: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

<div style="margin-left:2em">

Penalties:      20 years imprisonment;
                $250,000 fine (or twice the gross gain or gross loss);
                Three years supervised release;
                $100 special assessment.

</div>

DEFENDANT: ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas.

COUNT SEVEN: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

<div style="margin-left:2em">

Penalties:      20 years imprisonment;
                $250,000 fine (or twice the gross gain or gross loss);
                Three years supervised release;
                $100 special assessment.

</div>

DEFENDANT: MIGUEL ALVAREZ-CASTENEDA.

COUNT EIGHT: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

<div style="margin-left:2em">

Penalties:      20 years imprisonment;
                $250,000 fine (or twice the gross gain or gross loss);
                Three years supervised release;
                $100 special assessment.

</div>

DEFENDANT: URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos.

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
|---|
| NORTHERN DISTRICT OF CALIFORNIA |

**FILED**

---- OFFENSE CHARGED ----

COUNTS:
(SEE ATTACHMENT)

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

E-FILING

PENALTY:
(SEE ATTACHMENT)

---- DEFENDANT - U.S. ----

2008 JUL -9 P 3: 11

URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos

RICHARD W. WIEKING
DISTRICT COURT NUMBER
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**RMW**

**CR-08 00455**

**RS**

---- PROCEEDING ----

Name of Complainant Agency, or Person (&Title, if any)
S/A Anthony J. Herrera - D.E.A.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

CR 08-70325 RS

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DANIEL KALEBA

---- DEFENDANT ----

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No  If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▸ _____  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▸ _____  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES

v.

**PABLO CESAR ESQUIVEL,**
**ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas,**
**MIGUEL ALVAREZ-CASTENEDA, and**
**URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos,**


COUNT ONE: Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) – Distribution of Cocaine.

Penalties:    20 years imprisonment;
              $1,000,000 fine;
              Three years supervised release;
              $100 special assessment.

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

Penalties:    30 years imprisonment;
              $2,000,000 fine;
              Mandatory minimum 6-year term supervised release;
              $100 special assessment.

DEFENDANT:    PABLO CESAR ESQUIVEL.

COUNT TWO:  Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) – Distribution of Cocaine; 18 U.S.C. § 2 – Aiding and Abetting.

Penalties:    20 years imprisonment;
              $1,000,000 fine;
              Three years supervised release;
              $100 special assessment.

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

Penalties:    30 years imprisonment;
              $2,000,000 fine;
              Mandatory minimum 6-year term supervised release;
              $100 special assessment.

**DEFENDANTS: PABLO CESAR ESQUIVEL, and ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas.**

<u>COUNTS THREE:</u> Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii) - Possession with Intent to Distribute Cocaine; 18 U.S.C. § 2 – Aiding and Abetting.

|  |  |
|---|---|
| <u>Penalties:</u> | 40 years imprisonment;<br>$2,000,000 fine;<br>Lifetime term supervised release;<br>$ 100 special assessment. |

*<u>If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:</u>*

|  |  |
|---|---|
| <u>Penalties:</u> | 40 years imprisonment;<br>$2,000,000 fine;<br>Maximum lifetime term supervised release;<br>Mandatory minimum 4-year term supervised release;<br>$ 100 special assessment. |

*<u>If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:</u>*

|  |  |
|---|---|
| <u>Penalties:</u> | Maximum lifetime imprisonment;<br>Mandatory minimum 10 years;<br>Maximum $4,000,000 fine;<br>Maximum lifetime term supervised release;<br>Mandatory minimum 8-year term supervised release;<br>$ 100 special assessment. |

**DEFENDANTS: PABLO CESAR ESQUIVEL, MIGUEL ALVAREZ-CASTENEDA, and URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos.**

<u>COUNT FOUR:</u> Title 21, United States Code. Section 864 - Conspiracy to Possess with Intent to Distribute Cocaine.

|  |  |
|---|---|
| <u>Penalties:</u> | 40 years imprisonment;<br>$2,000,000 fine;<br>Lifetime term supervised release;<br>$ 100 special assessment. |

**DEFENDANTS: PABLO CESAR ESQUIVEL, ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas, MIGUEL ALVAREZ-CASTENEDA, and URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos.**

**COUNT FIVE**: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

> Penalties:    20 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

DEFENDANT:  PABLO CESAR ESQUIVEL.

**COUNT SIX**: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

> Penalties:    20 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

DEFENDANT: ADAN MEDINA-MENDOZA, a/k/a Daniel Antonio Duenas.

**COUNT SEVEN**: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

> Penalties:    20 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

DEFENDANT: MIGUEL ALVAREZ-CASTENEDA.

**COUNT EIGHT**: Title 8, United States Code, Section 1326(a) - Deported Alien Found in the United States.

> Penalties:    20 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

DEFENDANT: URIAL ARREDONDO-VERDUZCO, a/k/a Roberto Matos.