JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163173)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        Plaintiff,    v. PABLO CESAR ESQUIVEL, ADAN MEDINA-MENDOZA,   a/k/a Daniel Antonio Duenas, MIGUEL ALVAREZ-CASTENEDA, and URIAL ARREDONDO-VERDUZCO,   a/k/a Roberto Matos,        Defendants. | No. 08-00455 RMW STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME SAN JOSE VENUE |

On July 16, 2008, named defendants PABLO CESAR ESQUIVEL, MIGEUL ALVAREZ-CASTENEDA, and URIAL ARREDONDO-VERDUZCO in this case appeared before the Court for arraignment. At the appearance, attorney Alex Park substituted in as counsel to Mr. ARREDONDO-VERDUZCO on behalf of Thomas Ferrito. Mr. ALVAREZ-CASTENEDA also submitted to the United States a supplemental discovery request. The Court set the matter for initial appearance before Judge Whyte on August 25, 2008. Assistant United States Attorney Daniel Kaleba then requested an exclusion of time under the Speedy Trial Act from July 16,

2008 to August 25, 2008.  The defendants, through counsel, agreed to the exclusion.  The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendants' need for continuity of counsel and effective preparation.

SO STIPULATED:                                JOSEPH P. RUSSONIELLO
                                              United States Attorney

DATED: 7/22/08                                        /s/
                                              _____
                                              DANIEL R. KALEBA
                                              Assistant United States Attorney

DATED: 7/22/08                                        /s/
                                              _____
                                              NICHOLAS P. HUMY
                                              Counsel to Defendant ESQUIVEL

DATED: 7/22/08                                        /s/
                                              _____
                                              GEOFFREY BRAUN
                                              Counsel to Defendant ALVAREZ-CASTENEDA

DATED: 7/22/08                                        /s/
                                              _____
                                              ALEX C. PARK
                                              Counsel to Defendant ARREDONDO-VERDUZCO

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from July 16, 2008 to August 25, 2008.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation and continuity, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED:_____                          _____
                                              HOWARD R. LLOYD
                                              United States Magistrate Judge